SEALED

FILED
JUN 19 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  MELANIE L. ALSWORTH
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA   93721
4  Telephone:  (559) 497-4000
   Facsimile:  (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8             IN THE UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          CASE NO. 1: 1 4 CR 0 0 1 2 6 - LJO SKO

12          Plaintiff,                MOTION AND PROPOSED ORDER TO
                                      SEAL INDICTMENT
13

14      v.

15 JOSE JAIME OCHOA, JR.,

16          Defendant.

17

18

19      The government moves the Court, pursuant to Rule 6(e) of the
20 Federal Rules of Criminal Procedure, to order and direct that the
21 Indictment returned by the Grand Jury on June 19, 2014, charging the
22 above defendant with a violation of 18 U.S.C. § 922(g)(1)-Prohibited
23 Person in Possession of Firearm and Ammunition and a Criminal
24 Forfeiture allegation be kept secret until the defendant named in
25 this Indictment is either in custody or has been given bail on these
26 offenses; and further order that until such time as the defendant is
27 in custody or has been given bail, that no person shall disclose the
28 finding of the  Indictment or any warrant issued pursuant thereto,

Motion to Seal Indictment                  1

1 | except when necessary for the issuance and execution of the warrant.

2 | DATED: June 19, 2014                Respectfully submitted,

3 |                                     BENJAMIN B. WAGNER
4 |                                     United States Attorney
5 |                       By            _____
6 |                                     MELANIE L. ALSWORTH
                                        Assistant U.S. Attorney

8 | IT IS SO ORDERED.

9 | Dated:  June 19, 2014               _____
10|                                     U.S. Magistrate Judge