FILED

JUN 23 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  MELANIE L. ALSWORTH
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6

7  Attorneys for Plaintiff
   United States of America

8

9              IN THE UNITED STATES DISTRICT COURT

10             EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,          CASE NO.  1:14-CR-00126 LJO  SKO

13                    Plaintiff,        ORDER TO UNSEAL INDICTMENT

14       v.

15  JOSE JAIME OCHOA, JR.,

16                    Defendant.

17

18       This indictment was sealed by Order of this Court pursuant to Rule 6(e) of the Federal Rules of

19  Criminal Procedure.

20       IT IS HEREBY ORDERED that the case be unsealed made public record.

21

22  DATED: _June 21, 2014_

23                                      _____
                                        Honorable Sheila K. Oberto
24                                      United States Magistrate Judge

25

26

27

28

Motion to Unseal Indictment                    2