HEATHER E. WILLIAMS, #122664
Federal Defender
PEGGY SASSO, #228906
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JOSE JAIME OCHOA, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  1:14-cr-0126 LJO-SKO |
|---|---|---|
| *Plaintiff,* | ) ) ) | **STIPULATION TO CONTINUE FOURTH STATUS CONFERENCE; ORDER** |
| vs. | ) ) | |
| JOSE JAIME OCHOA, JR., | ) ) | Date: February 17, 2015 |
| *Defendant.* | ) ) ) | Time: 1:00 p.m. Judge: Hon. Sheila K. Oberto |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record, that the status conference currently scheduled for January 20, 2015 before the Honorable Judge Oberto, may be rescheduled to **Tuesday, February 17, 2015 at 1:00 p.m.**

The continuance is requested to allow time for the completion of the forensic examination by defense expert; it was anticipated that the exam would be completed by January 14, 2015, but due to the unforeseen scheduling issues by both parties, it is not expected that the exam will be completed before the week of February 9, 2015.  The requested continuance is with the intention of conserving time and resources for both parties and the court.  The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice,

including but not limited to, the need for the period of time set forth herein for effective defense preparation, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

Dated: January 15, 2015

BENJAMIN B. WAGNER
United States Attorney

 */s/ Melanie L. Alsworth*
 MELANIE L. ALSWORTH
Assistant United States Attorney
Attorney for Plaintiff

Dated: January 15, 2015

HEATHER E. WILLIAMS
Federal Defender

 */s/ Peggy Sasso*
PEGGY SASSO
Assistant Federal Defender
Attorney for Defendant
JOSE JAIME OCHOA, JR.

**O R D E R**

The parties' stipulated request for a continuance of the status conference to **February 17, 2015**, is GRANTED to allow the defense to conduct a forensic examination.

The court notes that this case has been pending since June 2014. If the parties are unable to resolve the case prior to the next status conference, they shall be prepared to select a mutually acceptable trial date before U.S. District Judge Lawrence J. O'Neill at the February 17, 2015, status conference.

IT IS SO ORDERED.

Dated: **January 15, 2015**       **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Ochoa: Stipulation Continuing Status Conference    -3-