HEATHER E. WILLIAMS, #122664
Federal Defender
PEGGY SASSO, #228906
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JOSE JAIME OCHOA, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:14-cr-0126 LJO-SKO |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER** |
| JOSE JAIME OCHOA, JR., | |
| Defendant. | Date:   June 29, 2015<br>Time:  1:00 p.m.<br>Judge: Hon. Sheila K. Oberto |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record, that the status conference currently scheduled for May 4, 2015 before the Honorable Judge Oberto, may be rescheduled **to June 29, 2015 at 1:00 p.m.**

This Court has set this matter for trial in August 2015.  The government has provided a revised plea offer, which defense counsel is in the process of reviewing with Mr. Ochoa.  The requested continuance is with the intention of conserving time and resources for both parties and the court.  The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation, pursuant to 18 U.S.C.  §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

Ochoa: Stipulation Continuing Status Conference      -1-

Dated: April 28, 2015

                                              BENJAMIN B. WAGNER
                                              United States Attorney

                                              */s/ Melanie L. Alsworth*
                                              MELANIE L. ALSWORTH
                                              Assistant United States Attorney
                                              Attorney for Plaintiff

Dated: April 28, 2015

                                              HEATHER E. WILLIAMS
                                              Federal Defender

                                              */s/ Peggy Sasso*
                                              PEGGY SASSO
                                              Assistant Federal Defender
                                              Attorney for Defendant
                                              JOSE JAIME OCHOA, JR.

## **O R D E R**

IT IS SO ORDERED.

Dated: **April 28, 2015**                              **/s/ Sheila K. Oberto**
                                                              UNITED STATES MAGISTRATE JUDGE