Darryl Young
650 West 20th Street
Merced, CA 95340
(P) 209.354.3500/ (F) 209.354.3502
DarrylYoungLaw@gmail.com

Attorney for Defendant, Jose Jaime Ochoa

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:14-CR-00126-LJO-SKO |
| PLAINTIFF, | ) ) ) | STIPULATION AND ORDER |
| V. | ) ) | |
| JOSE JAIME OCHOA, DEFENDANT. | ) ) ) ) ) ) | DATE: MAY 26, 2021 TIME: 2:00 P.M. JUDGE: HONORABLE SHEILA K. OBERTO |

Parties STIPULATE and after carefully considering the arguments of counsel and probation, the Court finds and ORDERS:

1. Mr. Jose Jaime Ochoa was evaluated by Kathy Grinstead from EIS Consultation Services as a suitable candidate for Salvation Army, Fresno.

2. Mr. Ochoa was accepted to Salvation Army, Fresno on May 12, 2021.

3. On June 7, 2021, Mr. Ochoa is to be released from the custody of the Fresno County Sheriff's Department Jail at 7:00 am to the custody of Ms. Kathy Grinstead of EIS Consultation.

///

///

ORDER TO TRANSPORT TO PROGRAM         1

4. Ms. Grinstead will promptly transport and release Mr. Ochoa directly to the custody of the Salvation Army program in Fresno, California.

Dated: June 4, 2021

    /s/Darryl E. Young
Darryl E. Young, Attorney for
Jose Jaime Ochoa

Dated: June 4, 2021

    /s/Katherine Schuh
Katherine Schuh, Assistant
United States Attorney

Dated: June 4, 2021

    /s/Whitney Mize
Whitney Mize,
United States Probation

IT IS SO ORDERED.

Dated: June 4, 2021

Honorable Sheila K. Oberto